UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 12-14054-CR-MOORE

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CAMERON DEAN BATES,

Defendant.
_______________________________________/

## NOTICE OF APPEAL

Notice is hereby given that Cameron Dean Bates, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this action on the 16th day of September, 2015.

Respectfully submitted,

MICHAEL CARUSO
Federal Public Defender

By: s/Fletcher Peacock
Assistant Federal Public Defender
Florida Bar No. 441996
109 North 2nd Street
Fort Pierce, Florida 34950
(772) 489-2123 - Telephone
(772) 489-3997 - Fax
*Fletcher_Peacock@fd.org*

## CERTIFICATE OF SERVICE

I HEREBY certify that on September 30, 2015 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By s/Fletcher Peacock__________

**SERVICE LIST**

UNITED STATES OF AMERICA V. CAMERON DEAN BATES
CASE NO. 12-14054-CR-MOORE
United States District Court, Southern District of Florida

Fletcher Peacock
Fletcher_Peacock@fd.org
Assistant Federal Public Defender
109 North Second Street
Fort Pierce, FL 34950
Tel: 772-489-2123
Fax: 772-489-3997
Attorney for Cameron Dean Bates
Notices of Electronic Filing

Reginald E. Jones
reginald.jones@usdoj.gov
Assistant United States Attorney
US Department of Justice
1400 New York Avenue NW, Suite 600
Washington, D.C. 20530
Tel: 202-616-2807
Attorney for the Government
Notice of Electronic Filing

Carmen M. Lineberger
carmen.lineberger@usdoj.gov
Assistant United States Attorney
101 South U.S. Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-293-0944
Fax: 772-466-1020
Attorney for the Government
Notice of Electronic Filing