IN THE UNITED STATES DISTRICT COURT, IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA. (FT. PIERCE.)

United States of America    Case # 2:12-CR-14054-KMM-1

v.

Cameron Dean Bates /

FILED by [signature] D.C.
MAR 28 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

Defendant's Motion for Leave to File Handwritten Pleadings

Comes Now the Defendant, Cameron Dean Bates, Pro Se, who moves that the Court grant him leave to file handwritten pleadings to the court related to motions for Habeas relief pursuant to § 2255 and/or 2241, et. seq. In support of said motion, the Defendant says:

1. Mr. Bates was represented by counsel for all aspects of his two federal trials and direct appeals, but as the 11th Circuit Court of Appeals affirmed his conviction in November, 2016, he is now unrepresented and indigent.

2. Mr. Bates was transferred from FCC Beaumont (Texas) Low security to FCC Coleman (FLORIDA)

low security compound on Jan. 11th, 2017 (arriving at Coleman on Feb. 1st, 2017).

3. Mr. Bates first learned of the 11th Circuit's Decision on the evening of Jan. 10th -- Just 5 (five) hours before leaving Beaumont.

4. Upon arrival at Coleman, Before Mr. Bates' property (including his legal papers) had arrived, he tried to obtain materials for typing and preparing pleadings in the instant matter. He discovered the law library at Coleman is wanting in several areas including it's typing facilities. Specifically, Coleman provides about a dozen, archaic Swintec brand electric typewriters, which were identical to the machines the Defendant used in High School typing in 1980. And while the Defendant could overcome the hardship of using a typewriter which is just above a manual one, he cannot overcome the lack of supplies to use them.

The Swintecs use a correction tape, ink cartridge and print-wheel (in lieu of keys), all of which must be supplied by the inmate, through commissary purchase.

5. Mr. Bates tried to obtain a print-wheel

from commissary, only to learn they are no longer in stock, nor would they be ordered in the future. (See Composite Exhibit 1, attached, "INMATE ELECTRONIC request (cop-out)" communications between Trust supervisor Cole and Mr. Bates.)

6. Mr. Bates tried to inquire about using "loaner" print wheels from the law library, but learned the four available for loan to inmates were all broken, and Mr. Bates learned they would not be replaced by the prison until the next budget is made in October 2017. (See Composite Exhibit 2, attached, Copout between Mr. Bates and the Education Department.)

7. Although the Supreme Court and most lower courts have held prisons must provide adequate law library facilities to allow inmates to draft meaningful pleadings, which generally includes typing, printing and copying facilities, ① FCC Coleman apparently is not willing to do so.

8. As Mr. Bates has only one year

① See Bounds v. Smith 430 US 817, 828 (1977), et. al.

to file for Habeas relief, and more than three months of that time has been wasted by the Delay in notification of the 11th Circuit's affirmation and the Defendant's transfer from Texas to Florida, he does not have the time to begin administrative remedies -- which can take a year or more -- to obtain print-wheels.

9. Accordingly, Mr. Bates is left with no recourse But to handwrite his pleadings. He is further aware that due to an old hand injury, his handwriting is poor despite his effort to print legibly.

Wherefore, Mr. Bates is asking that the Court:

① GRANT this motion, and;
② Permit the Defendant to handwrite pleadings, and;
③ Permit allowances when legibility is an issue, such as requiring the defendant to clarify a pleading, or a part thereof.

Or, in the alternative and/or additionally;

④ Issue a writ of mandamus or like order

requiring the Warden of Coleman-Low Prison to provide proper typing facilities to inmates, including print wheels.

Signed,
C. D. Bates

Cameron Dean Bates, 00407-104
Defendant, Pro Se
c/o Federal Correctional Complex - Low
PO Box 1031
Coleman, Florida 33521

A copy of this pleading was sent by US mail to the office of the U.S. Attorney, 505 South Second Street, Fort Pierce, Florida 34950 on the 21 Day of March, 2017.

Exhibit 1, Page 1

TRULINCS 00407104 - BATES, CAMERON DEAN - Unit: COL-B-D

---

FROM: Trust Fund
TO: 00407104
SUBJECT: RE:***Inmate to Staff Message***
DATE: 03/08/2017 08:22:03 AM

Good morning Mr. Bates,

I received a reply from Mr. Billings in commissary. He said they do not carry it and can not be ordered.

Thank you.

Mrs. Coll

>>> ~^!"BATES, ~^!CAMERON DEAN" <00407104@inmatemessage.com> 3/4/2017 9:03 PM >>>
To: commissary
Inmate Work Assignment: n/a

Mrs. Coll:

I sent the below inquiry to you last week and as of yet have not received a reply. I am just following up.

Thank you.
-----BATES, CAMERON DEAN on 2/25/2017 3:00 PM wrote:

>

Greetings once again:

Apparently, there is some confusion as to what items I am seeking to obtain.

In the below correspondences between you and I, you advised that they have the "192" and "800" available for $7.15 and $9.10 respectively. Unfortunately, those are RIBBON CARTRIDGES, not printwheels. The print wheels for the Swintec typewriters were available for about $18 until about 4-5 months ago in the commissary. As I said, they've been removed from the order froms and, according to rumors, are no longer being ordered by your department.

Again, what I need is a PRINTWHEEL for the Swintec typewriter, preferrably in 12 point type. If they are unavailable from the commissary, I need to know that so I can request leave from the Court to handwrite my pleadings. If they are (or will be) available, I need to know when they will be available and for what price.

I am sorry that there was some confusion as to exactly what item I was seeking. Your patience and assistance is greatly appreciated.
-----Trust Fund on 2/24/2017 10:47 AM wrote:

>
Hello again Mr. Bates,

Just checked with commissary and they have the 192 for $7.15 and 800 for $9.10 available.

Mrs. Coll

>>> ~^!"BATES, ~^!CAMERON DEAN" <00407104@inmatemessage.com> 2/24/2017 10:27 AM >>>
To: Commissary
Inmate Work Assignment: N/A

Greetings:

I recently asked you about the availability of typewriter printwheels for purchase at the commissary. Your reply (below) was to suggest I "check which ones are available as of now." According to your commissary sheets and postings outside commissary,

Exhibit 1, Page 7

TRULINCS 00407104 - BATES, CAMERON DEAN - Unit: COL-B-D

---

NONE are available, or listed for sale.

As I need to draft and file legal paperwork, which local rule requires to be typed or electronically printed, I'll need to seek leave of the Court to file holographic (handwritten) pleadings. This requires I present evidence or truthfully attest that the inability to type or submit printed pleading is beyond my control, as well as demonstrate due diligence in trying to obtain them. The law library has sent me a message that they will not replace their worn and broken "loaner" type wheels until they "get their new budget" which may be a year from now. They have, however, told me that the printwheels are (or were) available for sale in the commissary. Many inmates with printwheels have said the commissary stopped carrying them months ago, and none of the inmates I've spoke to are willing to part with their printwheels, although its rumored that if you can find someone selling theirs, the going price is upwards of $50 or more, which I cannot afford.

If printwheels are not available from the commissary, and you have no plans to order them (or cannot obtain them), I need to know that so I can truthfully attest that the reason I am handwriting pleadings is because neither the law library nor the commissary has the necessary accessories available.

If the printwheels for the law library typewriters ARE available in the commissary, but are simply not posted on the order forms, please tell me what is available and at what price so I can write in an order. If they aren't available, let me know that as well.

Your cooperation is greatly appreciated.
-----Trust Fund on 2/24/2017 9:07 AM wrote:

>
Good morning,

You might want to check which ones are the ones available as of now.

>>> ~^!"BATES, ~^!CAMERON DEAN" <00407104@inmatemessage.com> 2/19/2017 2:41 PM >>>
To: Commissary
Inmate Work Assignment: N/A

Greetings:

Do you anticipate selling typewriter printwheels in the foreseeable future?

Thanks for your consideration in this matter.

Exhibit 2

TRULINCS 00407104 - BATES, CAMERON DEAN - Unit: COL-B-D

---

FROM: Education
TO: 00407104
SUBJECT: RE:***Inmate to Staff Message***
DATE: 02/06/2017 08:17:02 AM

When Education receives its budget, print wheels will be ordered.

>>> ~^!"BATES, ~^!CAMERON DEAN" <00407104@inmatemessage.com> 2/3/2017 5:37 PM >>>
To: Law Library
Inmate Work Assignment: N/A

***Inmate Message Below***

Greetings:

Is there any plans to either obtain new loaner printwheels for the typewriters for inmate use, or have them available in the commissary for purchase in the foreseeable future?

Thank you.

Cameron Dean Bates
00407-104
Federal Correctional Complex
PO Box 1031
Coleman, FL 33521




USMS INSPECTED
BY:

⇔00407-104⇔
Federal Courthouse
Federal Court Clerk
101 S US Highway 1
Room 1016
FORT Pierce, FL 34950
United States